## Commonwealth v. Gianelli, Appellant.

Submitted March 26, 1974. *W. Ham-*

*lin Neely,* for appellant; *Lawrence J. Brenner,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.